MAY 1801

Onion
vs.
Paul.

ONION *vs.* PAUL.

A, being indebted to B upon an *open account*, B assigns the same to C, of which A had notice, and promised to pay C. Held, that C could recover the amount in an action of *assumpsit*; and that it was not necessary that the assignment should be in writing, or that it should be produced in court.

ASSUMPSIT. The counts in the declaration were for *sundry articles* properly chargeable in an account; for the *use and occupation* of a mill; *indebitatus assumpsit* for a *mill* sold; and an *assumpsit* to *Zaccheus Onion* for sundry articles, &c. and which was assigned by the said *Zaccheus Onion* to the plaintiff, &c. The account exhibited with the declaration, contained amongst other charges the following, viz.

"To an assignment from *Zaccheus Onion* to me 6th March, 1795, as follows, to wit:

"To one half upper mill rent from 22d
March 1786, to the 22d of March 1787,     £92 10 0
"To 11 years interest on the same,             56  1 0
"To one half upper mill rent from 1787,"
&c. &c.

The defendant pleaded the general issue.

1. At the trial the plaintiff gave in evidence, that the defendant acknowledged that he owed to a certain *Zaccheus Onion* a sum of money charged against the said *John Paul*, in the said account filed, and that he had assumed to pay the same to the plaintiff.

The defendant, by his counsel, applied to the court for their opinion, and direction to the jury, that the debt due from the defendant to the said *Zaccheus Onion*, was no consideration to support the promise made to the plaintiff, even though an assignment had been previously made of the said *debt* to the plaintiff by the said *Zaccheus*; and further, that even if such assignment was made, there must be other proof thereof than merely the promise to pay the debt.

DUVALL, J. (a). The court are of opinion, and so direct the jury, that if they should be of opinion from the evidence in this cause, that a debt due on an open account existed from the defendant to *Zaccheus Onion*, and so being due, was assigned by the said *Zaccheus Onion* to the plaintiff, and that the

(a) *Done, J.* concurring.   *Chase*, Ch. J. did not attend.

defendant had notice of such assignment, and so having notice, the defendant promised to pay the plaintiff the amount thereof, then the plaintiff is entitled to recover; and that the promise alone, without an assignment or transfer and notice thereof, is not sufficient to entitle the plaintiff to recover. The defendant excepted.

2. The plaintiff gave in evidence to the jury, that the defendant owed the money mentioned in the account to *Zaccheus Onion*, who assigned the debt to the plaintiff—that afterwards the defendant assumed to pay the same to the plaintiff.

*An assignment of a claim on open account, where there had been an assumpsit to the assignee, need not be in writing, &c.*

Whereupon, the defendant prayed the court for their opinion and direction to the jury, that it was necessary for the plaintiff, to support his action thereon, that the assignment should have been in writing, and that it should be produced in court.

**DUVALL, J.** The court are of opinion, that it is not necessary for the plaintiff, to support his action thereon, that the assignment should have been in writing, or that it should be produced in court. The defendant excepted. The verdict was for the *defendant*.

*Key* and *Johnson*, for the plaintiff.

*Martin*, (Attorney General,) *Brice* and *Kell*, for the defendant.